UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLONY INSURANCE COMPANY** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO: 09-441-JJB-DLD** |
| | * | |
| **WANDA'S KID'S WORLD, INC.** | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PETITION OF INTERVENTION ON BEHALF OF BETTY MCELVEEN

Betty McElveen's three year old daughter, Damyin, was killed while in the care, custody and control of Wanda's Kid's World, Inc. and its various employees. Consequently, Betty McElveen has a strong and direct interest in the proceedings currently pending before this Court. Accordingly, Betty McElveen files this Petition as a party in interest.

I.

Wanda's Kid's World, Inc. operated a children's day care center at 2839 Brady Street in Baton Rouge, Louisiana.

II.

As part of its day care services, Wanda's Kid's World owns a van which was used to transport children to and from the day care on Brady Street.

III.

Betty McElveen is the natural mother of Damyin McElveen and gave birth to Damyin at East Jefferson General Hospital on January 26, 2006.

IV.

On or about July 1, 2009, an employee of Wanda's Kid's World, picked up Damyin McElveen, who was secured in a car seat in the van owned by Wanda's Kid's World and operated by an employee of Wanda's Kid's World.

V.

Damyin McElveen was successfully transported to the Wanda's Kid's World facility on Brady Street.

VI.

At least three adult employees of Wanda's Kid's World were in the van when Damyin McElveen was transported to the day care facility. Accordingly, Wanda's Kid's World was in sole custody and control of the minor child, Damyin McElveen amounting to *res ipsa loquitor*.

VII.

Upon information and belief, once arriving at the day care facility on Brady Street, the employees of Wanda's Kid's World exited the van and removed all of the children. **At this time, there is no evidence whether the minor child, Damyin, was removed from the van or left in the van when it arrived at the day care shortly after 9:00 am.**

VIII.

At approximately 2:00 pm, employees of Wanda's Kids' World, LLC found Damyin McElveen dead in the van.

IX.

**At this time, police are investigating a possible homicide. However, there is no evidence whether the child was left in the car, or whether the child was removed from the car and later left there as part of some unspeakable act.**

X.

At all times material hereto, Colony Insurance Company was the general liability insurer of Wanda's Kid's World, Inc.

XI.

At all times material hereto, National Fire & Marine Insurance Company was the automobile liability insurer of Wanda's Kid's World.

XII.

Despite the fact that the specific events surrounding the death of the minor child are unknown, Colony is seeking declaratory relief that the automobile exclusion eliminates coverage.

XIII.

As the child's mother, Betty McElveen has the right and authority to assert claims against Wanda's Kids' World and Colony Insurance Company for wrongful death and survival damages.

XIV.

Betty McElveen has filed a wrongful death and survival claim which is pending in the 19th Judicial District for the Parish of East Baton Rouge, Case No. 580-480.

XV.

Discovery is pending, DNA tests are in progress, depositions have occurred and documents are being sought. The facts of the child's death should be sorted out in the State Court claim, not through the conclusory, unfounded statements made part of this declaratory action.

XVI.

Betty McElveen is devastated with the loss of her daughter. She prays that this Court will decline any discretionary jurisdiction and defer to the State Court to oversee complete discovery

with the goal of reaching a fair and just outcome.

XVII.

After a complete presentation of the facts in State Court, the issues of coverage can be more fairly determined.

**WHEREFORE**, Petitioner in Intervention, Betty McElveen, prays that this Court will consider her Petition to Intervene, her Motion to Dismiss, and after due proceedings, dismiss this declaratory action filed by Colony Insurance Company, and for any and all other just and equitable relief that this Court deems appropriate.

**RESPECTFULLY SUBMITTED:**

BURGOS & EVANS, L.L.C.

ROBERT B. EVANS, III (LSBA NO. 23473)
3535 CANAL STREET
NEW ORLEANS, LOUISIANA 70119-6135
TELEPHONE: (504) 488-3722
FACSIMILE: (504) 482-8525
ATTORNEY FOR BETTY MCELVEEN

## CERTIFICATE

I HEREBY CERTIFY that a copy of this Petition of Intervention of Betty McElveen has been served on all counsel of record, by placing a copy in the U.S. Mail this _10_ day of _March_, 2010.

ROBERT B. EVANS, III