UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

COLONY INSURANCE COMPANY                CIVIL ACTION

VERSUS                                  NO. 09-441-JJB-DLD

WANDA'S KIDS' WORLD, INC.

## ORDER OF CLARIFICATION

In view of Intervenor's Motion to Amend Judgment (doc. 23), the Court clarifies the record as follows.

In its ruling (doc. 22), the Court made no determination as to the applicability of the auto exclusion in WKW's policy coverage, and made no factual findings regarding the underlying incident.

Accordingly, Intervenor's Motion to Amend Judgment (doc. 23) is GRANTED to the extent provided herein.

Signed in Baton Rouge, Louisiana on June 25, 2010.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA